[No. 6332-8-II. Division Two. April 30, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM WIEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 81-1-00986-9, E. Albert Morrison, J., entered April 14, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[No. 6673-4-II. Division Two. May 1, 1984.]

THE STATE OF WASHINGTON, *Appellant*, v. CLANCY PHILLIPS, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 79-1-00459-4, Robert J. Bryan, J., entered October 13, 1982. *Dismissed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 6219-4-II. Division Two. May 1, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CRIST, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 59730, D. Gary Steiner, J., entered October 22, 1982. *Reversed* and *remanded* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.